

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

Nos. 04-13-00242-CR & 04-13-00243-CR

James Michael **CHIN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2012CR5328 & 2011CR7140
Honorable Melisa Skinner, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
                 Marialyn Barnard, Justice
                 Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court